IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY L. MASSETTI, | ) |
| Plaintiff, | ) |
| v. | ) 2:18-cv-1001-RJC |
| CREE, INC., | ) |
| Defendant. | ) |

## **JUDGMENT ORDER**

FINAL JUDGMENT is hereby entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

BY THE COURT:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

Dated: August 14, 2020

cc/ecf: All counsel of record

1